# In the United States Court of Appeals for the First Circuit

**UNITED STATES,**
*Appellee,*

v.

**ALEXIS D. NEGRÓN-CRUZ,**
*Defendant - Appellant.*

On Appeal from the United States District Court
for the District of Puerto Rico
Hon. Francisco A. Besosa, Senior U.S. District Judge
Crim. Case No. 11-cr-1976-FAB

**MOTION TO FILE OPENING BRIEF *INSTANTER***

TO THE HONORABLE COURT:

Mr. Negrón's opening brief was due Friday, August 30, 2024. It is respectfully requested that this Honorable Court allow him to file the attached opening brief *instanter* based on the following.

By Friday, we had finalized Mr. Negrón's brief and arranged to meet with him for a final discussion before finalizing the tables and proofing the draft. (Mr. Negrón is facing subsequent revocation proceedings related to the same special conditions challenged in this appeal.) The undersigned, however, was not able to meet with

Mr. Negrón until yesterday during the Labor Day holiday. Finally, while we have been researching the right to internet access while drafting this brief, the issue of internet-access limiting conditions in 2024 is multi-faceted and required further exploration before submitting the present brief.

While many courts have recognized a First Amendment right to access the internet-enabled digital world and the United Nations has long seen internet access as a human right, the rigorous study of those rights spans many sources, many disciplines, and many different tools of inquiry. As such, additional time was needed for this final pass through relevant research and to complete final drafting tasks ahead of filing the brief.

As has been mentioned previously, Mr. Negrón is not detained presently due to the judgment appealed from in in this matter, and he remains aware of the work being done on his behalf.

**WHEREFORE,** we respectfully request that this motion be granted.

**RESPECTFULLY SUBMITTED** on September 3, 2024.

**RACHEL BRILL**
Federal Public Defender
District of Puerto Rico

**FRANCO L. PÉREZ-REDONDO**
Assistant Federal Public Defender,
Supervisor, Appellate Unit

**S/KEVIN E. LERMAN***
Assistant Federal Public Defender
First Circuit Bar No. 1194361
241 F.D. Roosevelt Ave.
San Juan, Puerto Rico 00918
T. (787) 281-4922
F. (787) 281-4899
E. Kevin_Lerman@fd.org

***CERTIFICATION:** I ECF-filed this document, notifying government counsel.